William Cafaro, Esq.
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

Louis M. Leon, Esq.
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

November 3, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2023

**Via ECF**
Hon. J. Paul Oetken, U.S.D.J
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Kaur, et al v. Natasha Accessories Ltd, et al
Case No.: 23-cv-06948-JPO-RWL

Your Honor,

This office represents the Plaintiff, Jaswinder Kaur, as well as the putative class and collective in the above referenced action brought under the Fair Labor Standards Act ("FLSA"), New York Labor Law ("NYLL"), the New York State Human Rights Law ("NYSHRL") and the New York City Human Rights Law ("NYCHRL"). We write to request an extension of time to file our First Amended Complaint, from today November 3, 2023 to December 4, 2023. This is our first request for an extension of time. We are requesting this relief because due to a personal tragedy the undersigned trial counsel is currently out of the office on bereavement leave and unable to work. Defendants, through counsel, have consented to this relief.

We thank the Court for its courtesy in this regard.

Granted.

SO ORDERED:

11/6/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

By: Amit Kumar, Esq.
*Attorneys for Plaintiffs*

CC:
All Counsel of Record (via ECF)