UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASWINDER KAUR, *on behalf of herself and all others similarly situated*,
                                    Plaintiff,

-v-

NATASHA ACCESSORIES LTD., *et al.*,
                                    Defendants.

23-CV-6948 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (ECF No. 62.) The proposed settlement involves $7,500 to be allocated to Plaintiff Jaswinder Kaur in connection with her FLSA claims. (*Id.* at 2.) One-third of the settlement sum will be collected in attorney's fees. (*Id.* at 4.)

The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

To that end, the proposed settlement at Docket Number 62 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: February 14, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge